MOLLIE M. BURKS (SBN 222112)
mburks@gordonrees.com
SARA A. MOORE (SBN 294255)
smoore@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
REVEL SYSTEMS, INC.

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for PLAINTIFF and those similarly situated

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JOSEPH BISACCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEL SYSTEMS, INC.,<br><br>Defendant. | Case No. 17-cv-02533-HSG<br><br>**NOTICE AND ORDER RE STATUS OF FINAL APPROVAL IN RELATED CASE**<br><br>Complaint Filed: May 3, 2017 |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

The parties to the above-entitled action jointly submit this NOTICE RE STATUS OF FINAL APPROVAL IN RELATED CASE.

WHEREAS on May 4, 2016, four former employees of Defendant, Kevin Chatfield, Geoffrey McBride, Allison Olsen, and Eric Williams, filed a putative class action against *Chatfield et al. v. Revel Systems, Inc.*, San Francisco Superior Court Case No. CGC-16-551802.

WHEREAS the parties in the *Chatfield* case have filed a Joint Stipulation of Class Action Settlement and Release.

WHEREAS at the Initial Case Management Conference for the instant case, this Court requested that the parties advise of the status of the Final Approval in *Chatfield*.

WHEREAS San Francisco Superior Court Judge Curtis E.A. Karnow granted preliminary approval of the settlement and issued an Order Granting Preliminary Approval of Class Action Settlement on May 2, 2017.

WHEREAS the Final Approval hearing in *Chatfield* occurred on September 7, 2017, and no class members appeared at this hearing to object to the settlement.

WHEREAS Judge Karnow did not issue an Order finally approving the settlement at the time of the hearing, but Defendant anticipates that the settlement will be approved.

WHEREAS Judge Karnow set a conference call for September 14, 2017 at 3:30 p.m. to discuss final approval of the settlement.

WHEREAS Plaintiff's Motion for Conditional Certification ("Motion") in *Bisaccia* is set for hearing on September 14, 2017 at 2 p.m.

WHEREAS to facilitate negotiations on a stipulation to resolve Plaintiff's Motion, the parties have agreed to toll the Fair Labor Standards Act ("FLSA") statute of limitations for the *Bisaccia* proposed collective group and jointly request that the hearing on the Motion be continued.

NOW THEREFORE, for good and sufficient consideration, the receipt of which is hereby acknowledged, Plaintiff and Defendant STIPULATE and AGREE as follows:

The parties jointly request that the hearing on the Motion be continued to a date convenient to the Court on or after September 28, 2017.

**IT IS SO STIPULATED AND AGREED.**

| Dated: September 13, 2017 | GORDON & REES<br>SCULLY MANSUKHANI LLP |
|---|---|
| | By: */s/ Mollie M. Burks*<br>MOLLIE M. BURKS<br>SARA A. MOORE<br>Attorneys for Defendant<br>REVEL SYSTEMS, INC. |
| Dated: September 13, 2017 | NICHOLS KASTER LLP<br><br>By: *Matthew C. Helland*<br>MATTHEW C. HELLAND<br>DANIEL S. BROME<br>Attorneys for PLAINTIFF |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Plaintiff's Motion for Conditional Certification shall be continued from September 14, 2017 at 2 p.m. to October 5, 2017 at 2:00 p.m.

DATED: September 14, 2017

/s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.