MOLLIE M. BURKS (SBN 222112)
mburks@gordonrees.com
SARA A. MOORE (SBN 294255)
smoore@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
REVEL SYSTEMS, INC.

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for PLAINTIFF and those similarly situated

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JOSEPH BISACCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEL SYSTEMS, INC.,<br><br>Defendant. | Case No. 17-cv-02533-HSG<br><br>**STIPULATION AND ORDER REGARDING CONDITIONAL CERTIFICATION AND DISTRIBUTION OF JUDICIAL NOTICE**<br><br>Complaint Filed: May 3, 2017 |

The parties to the above-entitled action jointly submit this Stipulation for Conditional Certification and Distribution of Judicial Notice.

WHEREAS Plaintiff's Motion for Conditional Certification ("Motion") is set for hearing on October 5, 2017 at 2 p.m.

WHEREAS, the parties have agreed to mediate this case in January 2018.

WHEREAS, in the interest of efficiency and judicial economy, the parties have agreed that conditional certification shall be granted for the following collective:

> All inside sales employees (including Sales Development Representatives, Associate Sales Executives, Junior Sales Executives, Sales Executives, Sales Associates, Account Executives, Enterprise Sales Executives, or other positions with similar job titles and/or duties) ("Inside Sales Representative") who work or have worked for Revel since May 4, 2014.

WHEREAS, the parties have further agreed to the manner of distribution of judicial notice.

NOW THEREFORE, for good and sufficient consideration, the receipt of which is hereby acknowledged, Plaintiff and Defendant STIPULATE and AGREE as follows:

- The agreed Notice and Consent form are attached hereto as **Exhibit A.**
- Notice will be distributed by an administrator, to be selected by agreement of the parties within 7 days from the date of this order, and paid for by Defendant. The administrator will provide any consent forms it receives to Plaintiffs' Counsel as soon as possible, and at least by 3:00 p.m. Pacific on the day the consent form is received. The settlement administrator will perform a skip trace on any undeliverable mail.
- The Parties have previously executed a limited tolling agreement, and agree to extend this tolling agreement until the date that the administrator mails notice.
- Defendant will provide the class list to the administrator within ten days of the Court's order, and will provide a list of names without contact information to Plaintiffs' Counsel.
- Notice will be distributed by mail and email, with a reminder postcard containing the same substance as the initial notice.

In light of the above, the hearing on Plaintiff's Motion, which is currently set for October 5, 2017 at 2 p.m., should be taken off calendar.

**IT IS SO STIPULATED AND AGREED.**

Dated: October 5, 2017        GORDON & REES
                                                             SCULLY MANSUKHANI LLP

                                                             By:  */s/ Mollie M. Burks*
                                                                     MOLLIE M. BURKS
                                                                     SARA A. MOORE
                                                            Attorneys for Defendant
                                                            REVEL SYSTEMS, INC.

Dated: October 5, 2017        NICHOLS KASTER LLP

                                                           By:  */s/ Daniel S. Brome*
                                                                   MATTHEW C. HELLAND
                                                                   DANIEL S. BROME
                                                           Attorneys for PLAINTIFF

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court conditionally certifies a collective of:

> All inside sales employees (including Sales Development Representatives, Associate Sales Executives, Junior Sales Executives, Sales Executives, Sales Associates, Account Executives, Enterprise Sales Executives, or other positions with similar job titles and/or duties) ("Inside Sales Representative") who work or have worked for Revel since May 4, 2014.

Judicial Notice shall be distributed in the manner set out above. The hearing on Plaintiff's Motion for Conditional Certification, which is set for October 5, 2017 at 2 p.m., is off calendar.

DATED: October 5, 2017        _/s/ Haywood S. Gilliam, Jr._
                                                                    Hon. Haywood S. Gilliam, Jr.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

REV/1136666/35156138v.1