MOLLIE M. BURKS (SBN 222112)
mburks@gordonrees.com
SARA A. MOORE (SBN 294255)
smoore@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
REVEL SYSTEMS, INC.

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for PLAINTIFF and those similarly situated

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JOSEPH BISACCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REVEL SYSTEMS, INC.,<br><br>Defendant. | Case No. 17-cv-02533-HSG<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF OCTOBER 17, 2017 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 3, 2017 |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  The parties to the above-entitled action jointly submit this Stipulation Regarding
2  Continuance of October 17, 2017 Further Case Management Conference.
3  WHEREAS, on October 6, 2017, the Court set a Further Case Management Conference
4  for October 17, 2017 at 2 p.m.;
5  WHEREAS, Mollie M. Burks, lead counsel for Defendant, is unavailable on October 17,
6  2017 because she is starting trial on October 16, 2017 in *AudienceArc, Inc. et al. v. Spark Public*
7  *Relations, LLC et al.*, San Francisco Superior Court Case No. CGC-16-552836;
8  WHEREAS, Sara A. Moore, counsel for Defendant, is also unavailable on October 17,
9  2017 due to preplanned, out-of-town travel;
10 WHEREAS, Ms. Burks' trial is expected to last until approximately October 30, 2017;
11 NOW THEREFORE, for good and sufficient consideration, the receipt of which is
12 hereby acknowledged, Plaintiff and Defendant and stipulate and agree as follows:
13 In light of the above, the Further Case Management Conference, which is currently set
14 for October 17, 2017 at 2 p.m., should be continued to a later date when lead counsel for
15 Defendant is available. The parties request that the Further Case Management Conference be set
16 for October 30, 2017 or later, at a date and time convenient for the Court.

17 **IT IS SO STIPULATED AND AGREED.**

18 Dated: October 16, 2017                    GORDON & REES
                                              SCULLY MANSUKHANI LLP
19

20                                            By:  */s/ Sara A. Moore*
                                                   MOLLIE M. BURKS
21                                                 SARA A. MOORE
                                              Attorneys for Defendant
22                                            REVEL SYSTEMS, INC.

23

24 Dated: October 16, 2017                    NICHOLS KASTER LLP

25                                            By:  */s/ Daniel S. Brome*
                                                   MATTHEW C. HELLAND
26                                                 DANIEL S. BROME
                                              Attorneys for PLAINTIFF
27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Further Case Management Conference is continued from October 17, 2017 at 2 p.m. to October 31, 2017 at 2:00 p.m.

DATED: October 16, 2017

_____
Hon. Haywood S. Gilliam, Jr.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

REV/1136666/35276628v.1