MOLLIE M. BURKS (SBN 222112)
mburks@gordonrees.com
SARA A. MOORE (SBN 294255)
smoore@gordonrees.com
SAT SANG KHALSA (SBN 256130)
skhalsa@grsm.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
REVEL SYSTEMS, INC.

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for PLAINTIFF and those similarly situated

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| JOSEPH BISACCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>REVEL SYSTEMS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 17-cv-02533-HSG<br><br>**STIPULATED SCHEDULING AND ORDER**<br><br>Complaint Filed: May 3, 2017 |

Pursuant to the Court's instruction at the Case Management Conference of February 13, 2018, the parties jointly submit this proposed stipulated scheduling order.

The parties propose the following schedule:

| Event | Proposed Date |
|---|---|
| Deadline to File Amended Pleadings or Motion to Amend the Pleadings | March 15, 2018 |
| Deadline to File Motion for Class Certification (if any) and Decertification Motion (if any) | September 13, 2018 |
| Deadline to File Opposition to Motion for Class Certification (if any) and Decertification Motion (if any) | October 4, 2018 |
| Deadline to File Reply Brief to Motion for Class Certification (if any) and Decertification Motion (if any) | October 18, 2018 |
| Proposed Hearing on Class Certification | November 1, 2018 (or as soon thereafter as the Court's calendar permits) |
| 60-day Class Notice Period if Class Certification Granted | Approximately December 6, 2018 to February 4, 2019 |
| Close of Fact Discovery | March 18, 2019 |
| Last Day to File Dispositive Motions | April 18, 2019 |
| Potential Hearing on Dispositive Motions | May 23, 2019 |
| Pretrial Filings per Civil Trial Standing Order | June 25, 2019 |
| Pretrial Conference | July 23, 2019 |
| Trial | August 6, 2019 |

Dated: February 16, 2018       GORDON & REES
                                                 SCULLY MANSUKHANI LLP

By:   s/Sat Sang Khalsa
        MOLLIE M. BURKS
        SARA A. MOORE
        SAT SANG KHALSA
Attorneys for Defendant
REVEL SYSTEMS, INC.

Dated: February 16, 2018       NICHOLS KASTER LLP

By:   s/Daniel S. Brome
        MATTHEW C. HELLAND
        DANIEL S. BROME
Attorneys for PLAINTIFF

**STIPULATED SCHEDULING ORDER**

## ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED except that the trial will begin on August 5, 2019.


Dated: February 22, 2018

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge