UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BISACCIA, | Case No. 17-cv-02533-HSG |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| REVEL SYSTEMS INC., | Re: Dkt. No. 84 |
| Defendant. | |

On March 15, 2018, Plaintiff Joseph Bisaccia filed a motion for leave to file a First Amended Complaint, in which Plaintiff includes two additional named plaintiffs, as well as California state law claims. Dkt. No. 84. The motion is unopposed by Defendant Revel Systems. Dkt. No. 88. The motion is now pending before the Court.[1]

Under Federal Rule of Procedure 15(a)(2), "leave to amend shall be freely granted 'when justice so requires.'" *Townsend v. Univ. of Alaska*, 543 F.3d 478, 485 (9th Cir. 2008) (quoting Fed. R. Civ. P. 15(a)(2)). "This policy is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (internal quotation marks omitted). The five factors relevant to determining proper amendment are (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment, and (5) previous amendments. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *see also Wash. State Republican Party v. Wash. State Grange*, 676 F.3d 784, 797 (9th Cir. 2012) (same factors). The Court weighs prejudice to the opposing party most heavily. *Eminence Capital*, 316 F.3d at 1052 (9th Cir. 2003). "Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a

---

[1] The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

*presumption* under Rule 15(a) in favor of granting leave to amend." *Id.* (emphasis in original). As the motion is unopposed, the presumption in favor of granting leave to amend applies. The Court thus **GRANTS** Plaintiff's motion. The first amended complaint must be filed by June 8, 2018.

**IT IS SO ORDERED.**

Dated: 6/6/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge