| | |
|---|---|
| Matthew C. Helland, Bar No. 250451<br>helland@nka.com<br>Daniel S. Brome, Bar No. 278915<br>dbrome@nka.com<br>NICHOLS KASTER, LLP<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone: (415) 277-7235<br>Facsimile: (415) 277-7238<br><br>Kevin Allen, CA SBN 237994<br>kallen@vzfirm.com<br>Velton Zegelman, PC<br>1261 Lincoln Ave, Suite 208<br>San Jose, CA 95125<br>Telephone: (925) 695-4913<br>Facsimile: (925) 334-7477<br><br>Attorneys for Plaintiffs and others similarly situated | MOLLIE M. BURKS, CA SBN 222112<br>mburks@gordonrees.com<br>SAT SANG S. KHALSA, CA SBN 256130<br>skhalsa@gordonrees.com<br>SARA A. MOORE, CA SBN 294255<br>smoore@gordonrees.com<br>**GORDON & REES SCULLY**<br>**MANSUKHANI LLP**<br>1111 Broadway, Suite 1700<br>Oakland, CA 94607<br>Telephone: (510) 463-8600<br>Fax No.: (510) 984-1721<br><br>Attorneys for Defendant<br>REVEL SYSTEMS, INC. |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Bisaccia, Joshua Michi, and Rosie O'Brien, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>Revel Systems, Inc.,<br><br>                    Defendant. | **Case No. 17-cv-02533-HSG**<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR PRELIMINARY APPROVAL MOTION** |

Plaintiffs Joseph Bisaccia, Joshua Michi, and Rosie O'Brien, on behalf of themselves and others similarly situated, and Defendant, Revel Systems, Inc., fully executed a settlement agreement on September 6, 2018. The Court previously set, based on the Parties' request, September 13, 2018 as the date by which Plaintiffs should file a motion for preliminary

settlement approval. (ECF. No. 98.) In order to allow sufficient time for Defendant to prepare class data and for Plaintiffs to prepare the preliminary approval motion, the Parties stipulate to continue the preliminary approval motion filing date by one week to September 20, 2018.

Dated: September 11, 2018　　　　　　　**NICHOLS KASTER, LLP**

　　　　　　　　　　　　　　　　　　　By:　 s/ Daniel S. Brome
　　　　　　　　　　　　　　　　　　　　　　Daniel S. Brome

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: September 11, 2018　　　　　　　**GORDON & REES SCULLY MANSUKHANI LLP**

　　　　　　　　　　　　　　　　　　　By:　 s/ Sat Sang S. Khalsa
　　　　　　　　　　　　　　　　　　　　　　Sat Sang S. Khalsa

　　　　　　　　　　　　　　　　　　　Attorneys for Revel Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:　September 12, 2018

　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge