Matthew C. Helland, CA SBN 250451
helland@nka.com
Daniel S. Brome, CA SBN 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Kevin Allen, CA State Bar No. 237994
kevin@allenattorneygroup.com
ALLEN ATTORNEY GROUP
2121 N. California Blvd, Suite 290
Walnut Creek, CA 94596
Ph: .925.695.4913
Fax: 925.334.7477
Attorneys for Plaintiff and Others
Similarly Situated

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Bisaccia, Joshua Michi, and Rosie O'Brien, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Revel Systems, Inc.,<br><br>Defendant. | **Case No. 17-cv-02533-HSG**<br><br>**JOINT STIPULATION AND ORDER REGARDING SETTLEMENT ADMINISTRATION SCHEDULE**<br><br><br>Action Filed: May 3, 2017 |

Pursuant to the Court's Order Granting Motion for Preliminary Approval of Settlement (ECF No. 108), the Parties hereby stipulate and agree on the following schedule of events for notice administration:

| Event | Date |
| --- | --- |
| Deadline for Settlement Administrator to mail notice to all putative class members | March 8, 2019 |
| Filing Deadline for attorneys' fees and costs motion | April 19, 2019 |
| Filing deadline for incentive payment motion | April 19, 2019 |
| Deadline for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | May 7, 2019 |
| Filing deadline for final approval motion | May 16, 2019 |
| Final fairness hearing and hearing on motions | June 20, 2019 |

Respectfully submitted,

Dated: March 4, 2019                **NICHOLS KASTER, LLP**

By:    s/ Matthew C. Helland
         Matthew C. Helland

Attorneys for Plaintiffs

Dated: March 4, 2019                **GORDON & REES SCULLY MANSUKHANI LLP**


By:    s/ Sat Sang S. Khalsa
         Sat Sang S. Khalsa

Attorneys for Revel Systems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 5, 2019

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge