MOLLIE M. BURKS (SBN 222112)
mburks@gordonrees.com
SARA A. MOORE (SBN 294255)
smoore@gordonrees.com
SAT SANG KHALSA (SBN 256130)
skhalsa@grsm.com
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
REVEL SYSTEMS, INC.

Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for PLAINTIFF and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joseph Bisaccia, Joshua Michi, and Rosie O'Brien, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>Revel Systems, Inc.,<br><br>      Defendant. | **Case No. 17-cv-02533-HSG**<br><br>**STIPULATED JUDGMENT AND FINAL JUDGMENT** |

Plaintiffs' Motion for Final Settlement Approval came before the Court on June 20, 2019. Defendant did not oppose the Motion. The Court granted the Motion in full by order dated July 17, 2019. Pursuant to that Order, the Parties submit the following stipulate that judgment shall be entered accordingly: Defendant Revel Systems, Inc. shall pay $2,750,000 in full resolution of the claims asserted, including attorneys' fees and costs. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

Dated: August 7, 2019

GORDON & REES
SCULLY MANSUKHANI LLP

By:   s/Sat Sang Khalsa
      MOLLIE M. BURKS
      SARA A. MOORE
      SAT SANG KHALSA
Attorneys for Defendant
REVEL SYSTEMS, INC.

Dated: August 7, 2019

NICHOLS KASTER LLP

By:   s/Daniel S. Brome
      MATTHEW C. HELLAND
      DANIEL S. BROME
Attorneys for PLAINTIFF

### **FINAL JUDGMENT**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

JUDGMENT SHALL BE ENTERED ACCORDINGLY: Defendant Revel Systems, Inc. shall pay $2,750,000 in full resolution of the claims asserted, including attorneys' fees and costs. This matter shall be closed, except that the Court shall retain jurisdiction as set out in the Parties' Settlement Agreement.

DATED: 8/8/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge